UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN HO CHO<br>15, Seochojungangro, Seochogu,<br>A-1003, Hyundai Superville,<br>Seoul, South Korea 06178<br><br>     Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF STATE,<br>The Executive Office,<br>Office of the Legal Advisor,<br>Suite 5.600,<br>600 19th Street, N.W.,<br>Washington, D.C. 20522;<br><br>     Defendant. | Civil Action No. 18-1873 |

**COMPLAINT FOR INJUNCTIVE RELIEF**

Plaintiff, Mr. In Ho Cho, by through undersigned counsel, alleges as follows:

## I.     INTRODUCTION

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 for injunctive and other appropriate relief to seek the disclosure and release of agency records wrongfully withheld from plaintiff by defendant U.S. Department of State ("DOS").

## II.     JURISDICTION AND VENUE

2. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B).  This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331.  Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

3. Plaintiff In Ho Cho, a natural person, is a citizen and resident of South Korea.

4. Defendant DOS a Department of the Executive Branch of the United States Government.  The DOS is an agency within the meaning of 5 U.S.C. § 552(f).

### III.  FACTS

A.  <u>Background</u>

5.  On December 25, 2012, plaintiff Cho invested $500,000 into the United States to seek eligibility under Section 203(b)(5) of the Immigration and Nationality Act as amended as an alien entrepreneur.  8 U.S.C. § 1153(b)(5).

6.  On January 30, 2013, plaintiff Cho filed a Form I-526 Petition by Alien Entrepreneur with the U.S. Citizenship and Immigration Services based on his investment into a real estate expansion project to convert an endangered historic apartment complex into a renovated mixed-use apartment complex to support seniors and families.  In exchange for a 4% ownership interest as a limited partner with other alien entrepreneurs, plaintiff Cho's investment would contribute to the capitalization of the project and assist in the generation of jobs for U.S. workers.

7.  On March 29, 2016, the U.S. Citizenship and Immigration Service's California Service Center approved plaintiff Cho's Form I-526 petition.

8.  On May 19, 2016, the DOS' National Visa Center sent plaintiff Cho three invoices in the amount of $345 his dependent beneficiaries (his spouse and minor daughter) and him in order to continue consular processing of their immigrant visa applications.

9.  On June 30, 2016, after paying the fee bills, plaintiff Cho submitted an Immigrant Visa and Alien Registration Application (Form DS-260) along with supporting civil documents for his dependent beneficiaries and him.

10.  On August 30, 2016, the National Visa Center informed plaintiff Cho that domestic pre-processing of the immigrant visa petition had been completed, and that the National Visa Center would forward his petition to the U.S. Embassy or Consulate in Seoul, South Korea for a visa interview.

11. On September 29, 2016, plaintiff Cho attended his visa interview at the U.S. Embassy Seoul.  The consular officer conducting the interview informed plaintiff Cho that his immigrant visa would remain in administrative processing.

12. On September 29, 2016, DOS also issued plaintiff Cho a letter informing him that his immigrant visa application had been placed in "Admin Processing" pursuant to Section 221(g) of the INA.  8 U.S.C. § 1201(g)

13. Shortly after the interview, plaintiff Cho received a phone call from a consular officer requesting additional information regarding a previous B1/B2 visa application in 2011.  The consular officer stated that some of the information in the previous non-immigrant visa application from 2011 conflicted with the information in the pending immigrant visa application and requested an explanation.

14. Plaintiff Cho explained that a representative from a travel agency, Doo Hyuk Park from Envoy Studying Abroad Agency, prepared the previous B1/B2 visa application in 2011 for him and that he did not review the application before it was filed.  Plaintiff Cho further explained that had he reviewed the B1/B2 visa application or been asked any questions about its accuracy, he would have fully disclosed it at that time.

15. Plaintiff Cho does not possess, and has never possessed, a copy of the previous B1/B2 visa application filed by the travel agency in 2011 and has been unsuccessful in his attempt to obtain a copy because Envoy Studying Abroad Agency has been closed.

16. On November 23, 2016, DOS informed plaintiff Cho by letter that it is unable to issue him an immigrant visa based on a "misrepresentation" per Section 212(a)(6)(C)(i) of INA [8 U.S.C. § 1182(a)(6)(C)(i)].

17. Upon information and belief, the alleged misrepresentation appears to be that the 2011 B1/B2 non-immigrant visa application failed to disclose that:

(a)     In 1994, the Seoul Eastern District Court convicted plaintiff Cho, by summary judgment in lieu of a former trial, of failing to register his automobile and sentenced him to a minor fine [Article 69(2) of the Criminal Code of South Korea] of $250.00 USD [KRW 200,000]; and

(b)     In 2006, the Daijeon District Court, based on facts arising from a matter in civil litigation, convicted plaintiff Cho, by summary judgment in lieu of a formal trial, of making a false accusation and sentenced him to a "minor fine" of $3,000 USD [KRW 3,000,000].

18.     A summary judgment, according to the U.S. Embassy Seoul's information sheet on criminal procedure in South Korea, is a unique procedure for lesser crimes:

> In Korea, there is no grand jury procedure, and there is no preliminary hearing by a judge. Only the Prosecutor's Office can decide whether to prosecute a case.
>
> Prosecutors have three methods of resolving a criminal case:
>
>   1. They can decide not to prosecute
>   2. They can ask for a summary judgment
>   3. They can proceed to a full trial
>
> *Summary Judgment*
>
> The prosecutor may request a summary judgment for lesser crimes where the Prosecutor's Office seeks only a fine as punishment. In a summary judgment, the suspect never appears before a judge. The prosecutor simply asks the court to issue a summary judgment against the suspect and to impose a fine. If the court agrees, finds the suspect guilty, and imposes a fine, the suspect is allowed to appeal if he or she so wishes.[1]

19.     Plaintiff Cho did not appeal the 1994 and 2006 summary judgments for these lesser crimes.

---

[1] U.S. Embassy Seoul, *Korean Criminal Procedure and Your Legal Rights*, available at https://photos.state.gov/libraries/korea/187344/ACS/Arrest%20Handout.pdf (last accessed Aug. 7, 2018).

B.     <u>Prior Agency Review of the Error in the 2011 B1/B2 Visa</u>

20.     Upon information and belief, in 2014, the Fraud Protection Unit at U.S. Embassy Seoul conducted an informal adjudication and determined that plaintiff Cho did not willfully intend to misrepresent a material fact in the 2011 B1/B2 non-immigrant visa application whereby DOS permitted him to continue to travel to the United States on the B1/B2 visa in 2014, 2015, and 2016.

21.     On October 11, 2011, the U.S. Embassy Seoul issued plaintiff Cho a B1/B2 visa with an expiration date of October 6, 2021 based on the application submitted by Mr. park of Envoy Studying Abroad Application.

22.     Upon information and belief, on or about September 2014, the U.S. Embassy Seoul became concerned about an alleged misrepresentation in plaintiff Cho's 2011 B1/B2 visa application and contacted him for further information because the B1/B2 visa application apparently omitted a reference that plaintiff Cho had two summary judgments on his criminal record.

23.     In late September 2014, at the U.S. Embassy Seoul's request, plaintiff Cho submitted his criminal record and records of summary judgment to the U.S. Embassy Seoul by fax.

24.     On September 30, 2014, the U.S. Embassy Seoul's Fraud Protection Unit sent plaintiff Cho a confirmation email from SeoulFPU@state.gov informing him that his "email [not fax] has been received by the Fraud Protection Unit (FPU) of the consular section at the U.S. Embassy Seoul."

25.     On September 30, 2014, the U.S. Embassy Seoul sent plaintiff Cho an email from support@ustraveldocs.com informing him that the query in Case Number 2014-09-29-004037859 "has been closed."

26. After closing the investigation, the U.S. Embassy Seoul did not revoke plaintiff Cho's 2011 ten-year B1/B2 visa.

27. Plaintiff Cho subsequently traveled to the United States in 2014, 2015, and 2016 to visit his minor daughter in school, and was admitted at a United States point of entry on every trip.

C. Administrative Requests for Reconsideration

28. On or about November 2016, December 2016, February 2017, and September 2017, plaintiff Cho's immigration counsel sent letters to the U.S. Consulate General in Seoul to request reconsideration of the November 23, 2016 immigrant visa denial as an alien entrepreneur under Section 203(b)(5) of the INA and sought to explain why plaintiff Cho did not willfully misrepresent any material fact in the 2011 B1/B2 visa application that was filed by Envoy Studying Abroad Agency. For example, in the September 2017 letter to the U.S. Consulate General, immigration counsel wrote:

> In October, 2011, Mr. Doo Hyuk Park ("Mr. Park") was hired by Mr. Cho to prepare his visitor visa so that he can visit the U.S. Mr. Park was the owner of Envoy Studying Abroad Agency (the "Agent"). Mr. Park prepared and submitted the B1/B2 application to the U.S. Embassy on behalf of Mr. Cho and his wife, Mrs. Julee Kwon. Mr. Cho relied on Mr. Park. Mr. Park asked for information, but he did not ask for any criminal records. Mr. Cho did <u>not</u> hide anything nor did Mr. Cho ever see the application submitted. In fact, the application was even filed using the email address of Mr. Park envoy@envoyis.com, not Mr. Cho. The Agent failed to provide Mr. Cho's criminal record and did not provide Mr. Cho with a copy of the application. Mr. Cho speaks no English and has no knowledge of U.S. immigration law that is why he hired Mr. Park.
> 29.

30. To date, the U.S. Embassy Seoul has not adjudicated plaintiff Cho's administrative request for reconsideration submitted initially in November 2016 and continuing through September 2017.

31. Plaintiff Cho seeks a copy of the 2011 B1/B2 visa application in the possession of the Department of State that was submitted by Mr. Park and his travel agency Envoy

Studying Abroad Agency in order to substantiate plaintiff Cho's assertion that he did not "willfully misrepresent[] a material fact" under Section 212(a)(6)(C)(i) of INA [8 U.S.C. § 1182(a)(6)(C)(i)] for any further administrative requests for reconsideration of his visa requests.

32. Plaintiff Cho also seeks a copy of the investigation conduct by the U.S. Embassy Seoul's Fraud Protection Unit in 2014 which, upon information and belief, administratively cleared plaintiff Cho of knowingly committing a material misrepresentation in the 2011 B1/B2 visa application submitted on his behalf by Mr. Park and his travel agency Envoy Studying Abroad Agency.

C.  The FOIA Requests

33. On May 25, 2018, plaintiff submitted a written FOIA request through authorized and undersigned legal counsel to the DOS' Office of Information Programs and Services, A/GIS/IPS, U.S. Department of State, SA-2, Washington, D.C. 20522-8100.

34. To help locate responsive documents, plaintiff Cho's FOIA request included a DS Form 4240, Certificate of Identify as enclosure 1, a copy of his South Korean passport page as enclosure 2, and relevant documents from the U.S. Embassy Seoul that reflected the control numbers for his prior visa applications as enclosure 3.

35. Plaintiff Cho requested the following in his FOIA request:

We are requesting any and all documents, forms, or other written, photographic, electronic, computer generated, or recorded materials relating to Mr. Cho in the possession of the U.S. Department of State's component, the U.S. Embassy Seoul and its Consular Section, to include the Nonimmigrant Visa Unit and the Immigrant Visa Unit for the period from 1998 through May 25, 2018.  These records would include records in the possession of U.S. Embassy Seoul relating to Mr. Cho's approved B visas in 1999 and 2011, his application for an EB-5 visa in 2016, and his application for a B visa in 2017.  To assist your search, we have enclosed copies of these approved or requested nonimmigrant and immigrant visas from 1999 through 2017.

36. On July 19, 2018, defendant DOS issued a letter to counsel acknowledging

receipt of Mr. Cho's FOIA request dated May 25, 2018 and assigned a tracking number, F-2018-04131.

37. Defendant has failed to respond within the twenty (20) day statutory timeline under 5 U.S.C. § 552(a)(6)(A)(i) and/or otherwise failed to reasonably design and perform an adequate search of records likely to identify responsive documents.

## IV.     CLAIM FOR RELIEF

38. Plaintiff repeats and realleges the allegations contained in the preceding paragraphs above, inclusive.

39. By letter submission dated May 25, 2018, plaintiff requested "any and all documents, forms, or other written, photographic, electronic, computer generated, or recorded materials relating to [him] in the possession of the U.S. Department of State's component, the U.S. Embassy Seoul and its Consular Section, to include the Nonimmigrant Visa Unit and the Immigrant Visa Unit for the period from 1999 through May 25, 2018."

40. By letter dated July 19, 2018, defendant DOS acknowledged receipt of plaintiff's FOIA request in Case Number F-2018-04131.

41. Plaintiff has exhausted the applicable administrative remedies with respect to his FOIA request to defendant DOS.

42. Defendant has failed to respond within the twenty (20) day statutory timeline under 5 U.S.C. § 552(a)(6)(A)(i) and/or otherwise failed to reasonably design and perform an adequate search of records likely to identify responsive documents.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff prays that this Court:

(a) Disclose the requested records in their entireties and make copies available to plaintiff;

    (b)    Order defendant to produce a *Vaughn* index for any withheld documents;

    (c)    Permit plaintiff to undertake discovery, consistent with property handling protocols,[2] relating to whether any withheld records in question by defendant has been "properly classified" in accordance with Executive Orders;

    (d)    Provide for expeditious proceedings in this action;

    (e)    Award plaintiff his costs and reasonable attorneys fees incurred in this action per 5 U.S.C. § 552(a)(4)(E) and 21 U.S.C. § 2142(d); and

    (f)    Grant such other relief as this Court may deem just and proper.

DATED:   August 9, 2018
              New York, New York

                        Respectfully submitted,

                        *Counsel for Plaintiff*

                        //s//  *Jason D. Wright*
                        Jason D. Wright, Esq. DC Bar #1029983
                        *Local Counsel*
                        Wright Law Firm, PLLC
                        40 Fulton Street, 23rd Floor
                        New York, New York 10038
                        Direct:  (212) 683-4892
                        Mobile:  (202) 578-0260
                        Fax:  (917) 677-8577
                        E-mail: jwright@jasonwrightesq.com


                        //s//  *Asa Hutchinson*
                        *Attorney Pro Hac Vice (Motion Pending)*
                        W. Asa Hutchinson III, Esq.
                        The Asa Hutchinson Law Group, PLC
                        912 W. Central Ave.
                        Bentonville, Arkansas  72712
                        Phone: (479) 878-1600
                        Email: ahutchinson@ahlawgroup.com

---

[2] Undersigned local counsel possesses an active top secret security clearance.