UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN HO CHO,<br><br>    Plaintiff,<br><br>        v.<br><br>U.S DEPARTMENT OF STATE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 18-cv-1873 (RC)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Pursuant to the parties' joint stipulation, the Court dismisses Plaintiff's complaint without prejudice, with each party bearing its own costs, including attorneys fees.

SO ORDERED this 15th day of April, 2019.

_____
Hon. Rudolph Contreras
United States District Judge